THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

LYNN R. NELSON,

        Plaintiffs,

v.

BLUE CROSS AND BLUE SHIELD OF NE,

        Defendant,

CASE NO. 8: 14 CV 228

**MOTION FOR LEAVE TO AMEND COMPLAINT**

COMES NOW Plaintiff Lynn R. Nelson ("Nelson") pursuant to Federal Rule of Civil Procedure 15(a)(2) and Local Rule 15.1 and requests leave to amend her Complaint. In support of her Motion, Nelson states:

1. On the 11th day of September, 2014, Defendant filed a Motion to Dismiss alleging the lack of an indispensable party, ConAgra Foods, Inc. and that the Employer Retirement Income Security Program ("ERISA") preempts the state law claims set forth in Nelson's Original Complaint. (Doc. #9, 11).

2. In order to cure the deficiencies alleged by Defendant, Nelson requests leave to amend her Complaint. A clean copy of Nelson's proposed Amended Complaint is attached as Exhibit "A" which adds ConAgra, Inc. and ConAgra Foods Employee Benefits Administrative Committee as parties and states cognizable claims under ERISA.

3. The proposed amendments and changes are redlined on the attached Exhibit "B."

4. The undersigned conferred with opposing counsel and this Motion is opposed.

WHEREFORE, Plaintiff requests that this Court grant her leave to file an Amended Complaint in substantially the same form as the attached Exhibit "A" and deny Defendant's Motion to Dismiss as moot.

                              Respectfully submitted,
                              Lynn R. Nelson, Plaintiff,

By:    /s/ Jason Mario Bruno
         Jason Mario Bruno, NE #23062
         SHERRETS BRUNO & VOGT LLC
         260 Regency Parkway Drive, Suite 200
         Omaha, NE 68114
         Tele: (402)390-1112
         Fax: (402)390-1163
         law@sherrets.com
         ATTORNEY FOR THE PLAINTIFF

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing instrument was sent via email to the following individuals this 1st day of October, 2014.

Thomas E. Johnson
Nicholas K. Rudman
Baird Holm, LLP
1700 Farnam Street, Suite 1500
Omaha, NE 68102-2068

                              /s/ Jason Mario Bruno