IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LYNN R. NELSON,<br><br>          Plaintiff,<br><br>   vs.<br><br>BLUE CROSS AND BLUE SHIELD OF NEBRASKA, CONAGRA FOODS, INC., as Sponsor of the ConAgra Foods, Inc. Welfare Benefit Wrap Plan; and CONAGRA FOODS EMPLOYEE BENEFITS ADMINISTRATIVE COMMITTEE, as Administrator of the ConAgra Foods, Inc. Welfare Benefit Wrap Plan,<br><br>          Defendants. | 8:14CV228<br><br>ORDER |

      This matter is before the court following the filing of the parties' Rule 26(f) report (Filing No. 36). On December 17, 2014, the court conducted a telephone conference with counsel concerning the progression of the case. Plaintiff Lynn R. Nelson was represented by Jason M. Bruno. Defendant Blue Cross and Blue Shield of Nebraska was represented by Nicholas K. Rudman. Defendant ConAgra Foods was represented by Brittany M. Falkowski. During the conference the parties discussed the status of an administrative record in this ERISA case.

      **IT IS ORDERED**:

      1.    The defendants shall have to **on or before January 23, 2015**, in which to serve a copy of the administrative record upon the plaintiff and file a notice of such service. The notice filed shall be accompanied by a RESTRICTED Index of a copy of the administrative record which was served upon the plaintiff.

      2.    The court will conduct another telephone planning conference with counsel at **9:00 a.m. on February 2, 2015**. Plaintiff's counsel shall initiate the telephone conference with participating counsel and the undersigned magistrate judge.

      Dated this 17th day of December, 2014.

                                                BY THE COURT:

                                                s/ Thomas D. Thalken
                                                United States Magistrate Judge