IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LYNN R. NELSON,<br><br>                Plaintiff,<br><br>    v.<br><br>BLUE CROSS AND BLUE SHIELD OF NEBRASKA, CONAGRA FOODS, Inc. as Sponsor of the ConAgra Foods, Inc. Welfare Benefit Wrap Plan; and CONAGRA FOODS EMPLOYEE BENEFITS ADMINISTRATIVE COMMITTEE, as Administrator of the ConAgra Foods, Inc. Welfare Benefit Wrap Plan;<br><br>                Defendants. | 8:14CV228<br><br>ORDER |

    This matter is before the Court on defendants' motion to dismiss, Filing No. 9. Following the motion to dismiss, the plaintiff filed a motion to amend her complaint, Filing No. 16, which this Court granted, Filing No. 18. Plaintiff filed her amended complaint, Filing No. 19, and the defendants have since filed their answer. Filing No. 25. Accordingly, the Court finds the motion to dismiss is moot.

    THEREFORE, IT IS ORDERED THAT defendants' motion to dismiss, Filing No. 9, is denied as moot.

    Dated this 23rd day of January, 2015

                                                          BY THE COURT:

                                                          s/ Joseph F. Bataillon
                                                          Senior United States District Judge