# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LYNN NELSON,                              )<br>                                                      )<br>          Plaintiff,                              )<br>                                                      )<br>v.                                                   )<br>                                                      )<br>BLUE CROSS AND BLUE SHIELD OF  )<br>NE; CONAGRA FOODS, INC.; and       )<br>CONAGRA FOODS EMPLOYEE          )<br>BENEFITS ADMINISTRATIVE            )<br>COMMITTEE,                                  )<br>                                                      )<br>          Defendants.                          ) | Case No.: 8:14-cv-00228-JFB-TDT<br><br><br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Defendants ConAgra Foods, Inc. ("ConAgra Foods") and ConAgra Foods Employee Benefits Administrative Committee (the "EBAC") (collectively, the "ConAgra Defendants") hereby appeal to the United States Court of Appeals for the Eighth Circuit from the entirety of the Memorandum and Order of the United States District Court for the District of Nebraska entered on October 28, 2015 (Filing No. 96 in CM/ECF system), which entered judgment in favor of Plaintiff and against all of the defendants.

DATED:  November 25, 2015.

Respectfully submitted,

By:   */s/ Henry L. Wiedrich*
          Josef S. Glynias, Admitted *Pro Hac Vice*
          MO Bar No. 54974
          Brittany M. Falkowski, Admitted *Pro Hac Vice*
          MO Bar No. 62876
          190 Carondelet Plaza, Suite 600
          Saint Louis, Missouri 63105
          Telephone: (314) 480-1500
          Fax: (314) 480-1505
          josef.glynias@huschblackwell.com
          brittany.falkowski@huschblackwell.com

OMA-399683-1

2

>Henry L. Wiedrich, NE Bar No.: 23696
>13330 California Street, Suite 200
>Omaha, NE  68154
>Telephone:  (402) 964-5000
>Fax:  (402) 964-5050
>henry.wiedrich@huschblackwell.com
>
>*Attorneys for Defendants ConAgra Foods, Inc. and ConAgra Foods Employee Benefits Administrative Committee*

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on this 25th day of November, 2015, the foregoing document was filed with the Clerk of the Court using the Court's CM/ECF System, which provided electronic service of such filing to all parties of records.

>    */s/ Henry L. Wiedrich*

2

OMA-399683-1