AMENDED
U. S. COURT OF APPEALS - EIGHTH CIRCUIT
NOTICE OF APPEAL (NOA) SUPPLEMENT
**DISTRICT OF NEBRASKA**

Please note any additions or deletions to the style of the case from the style listed on the docket sheet (or attach an amended docket sheet with the final style of case)

| **Caption**: | **Case Number**: |
|---|---|
| NELSON V. BLUE CROSS AND BLUE SHIELD OF NEBRASKA, ET AL | 8:14CV228-JFB |

**Appellant**:
CONAGRA FOODS, INC AND CONAGRA FOODS EMPLOYEE BENEFITS ADMINISTRATIVE COMMITTEE

**Attorney(s)**:

JOSEPH S. GLYNIAS
BRITTANY M. FALKOWSKI
190 CARONDELET PLAZA, SUITE 600
ST LOUIS, MO 63105
(314) 480-1500

HENRY L. WIEDRICH
13330 CALIFORNIA STREET, SUITE 200
OMAHA, NE 68154
(402) 964-5050

**Appellee:**
LYNN NELSON

**Attorney(s)**:

JASON M. BRUNO
SHERRETS, BURNO LAW FIRM
260 REGENCY PARKWAY DRIVE, SUITE 200
OMAHA, NE 68114
(402) 390-1112

**Court Reporter(s)**:
N/A

**Please return files and documents to**:
Omaha

**Person to contact about the appeal**:
MARY ROUNDTREE

| **Length of Trial** | **Fee** | **IFP** | **Pending IFP** |
|---|---|---|---|
| N/A | Y | N | N |

| **Counsel** | **Pending Motions** | **Local Interest** | **Simultaneous Release?** |
|---|---|---|---|
| RETAINED | ~~N~~ Y | N | N |

**Criminal Cases/Prisoner Pro Se Cases only**:

**Is defendant incarcerated?**

**Where?**  Click here to enter text.

**Please list all other defendants in this case if there were multiple defendants**

**Special Comments**: Interlocutory Appeal

Forms-Appeal-NOA_Supplement
Approved Date: 12/22/14