# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LYNN NELSON,<br><br>    Plaintiff,<br><br>v.<br><br>BLUE CROSS AND BLUE SHIELD OF NEBRASKA; CONAGRA FOODS, INC.; and CONAGRA FOODS EMPLOYEE BENEFITS ADMINISTRATIVE COMMITTEE,<br><br>    Defendants. | Case No.: 8:14-cv-00228-JFB-TDT<br><br>**DISMISSAL WITH PREJUDICE** |

COMES NOW Plaintiff, Lynn Nelson, by and through her attorneys and hereby dismisses her claims in the above-referenced litigation against Blue Cross and Blue Shield of Nebraska, ConAgra Foods, Inc., and ConAgra Foods Employee Benefits Administrative Committee (collectively, "Defendants"), such dismissal to be with prejudice, each party to bear her or its own costs.

Respectfully submitted,

By: /s/ Jason Mario Bruno
    Jason Mario Bruno, NE #23062
    SHERRETS BRUNO & VOGT LLC
    260 Regency Parkway Drive, Suite 200
    Omaha, NE 68114
    Tele: (402)390-1112
    Fax: (402)390-1163
    law@sherrets.com

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that the foregoing was filed via the Court's CM/ECF system on this  9th   day of  February     , 2016, and thus served upon all parties of record.

/s/ Jason Mario Bruno