# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 15-3895
_____

Lynn R. Nelson

Plaintiff - Appellee

v.

Blue Cross Blue Shield of Nebraska

Defendant

ConAgra Foods, Inc., as Sponsor of the ConAgra Foods, Inc. Welfare Benefit Wrap Plan; ConAgra Foods Employee Benefits Administrative Committee, as Administrator of the ConAgra Foods, Inc. Welfare Benefit Wrap Plan

Defendants - Appellants

_____

Appeal from U.S. District Court for the District of Nebraska - Omaha
(8:14-cv-00228-JFB)
_____

**JUDGMENT**

A notice of stipulation for dismissal has been filed by the appellants. The appeal is hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

February 10, 2016

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans