# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LYNN R. NELSON,<br><br>        Plaintiff,<br><br>v.<br><br>BLUE CROSS AND BLUE SHIELD OF NEBRASKA; CONAGRA FOODS, INC., As Sponsor of the ConAgra Foods, Inc. Welfare Benefit Wrap Plan; and CONAGRA FOODS EMPLOYEE BENEFITS ADMINISTRATIVE COMMITTEE, As Administrator of the ConAgra Foods, Inc Welfare Benefit Wrap Plan,<br><br>        Defendants. | CASE NO. 8: 14 CV 228<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

THIS MATTER came before the Court on Plaintiff's Dismissal with Prejudice, [Filing No. 104](). The Court has been advised by the plaintiff that the defendants likewise agree to the dismissal. Being fully advised in the premises, this Court finds that this matter should be dismissed with prejudice, each party to pay its own fees and costs.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED, that the above-captioned case is dismissed with prejudice, each party to bear its own attorney's fees and costs.

DATED this 11th day of February, 2016

BY THE COURT:

\_\_s/ Joseph F. Bataillon_____
Senior United States District Judge